STEPHEN L. BERRY (SB# 101576)
stephenberry@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 683-6200
Facsimile: (714) 979-1921

JAN E. EAKINS (SB# 100612)
janeakins@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
GMRI, INC. dba OLIVE GARDEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

DENISE ALBERTO, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

GMRI, INC. dba OLIVE GARDEN,

Defendant.

CASE NO. 2:07-CV-01895-WBS-DAD

**STIPULATION RE REQUEST TO CONTINUE SCHEDULING CONFERENCE; [~~PROPOSED~~] ORDER**

Plaintiff Denise Alberto (“Plaintiff”) and Defendant GMRI, Inc. (“GMRI” or “Defendant”), acting by and through their respective counsel of record, enter into this stipulation based on the following facts:

A. Counsel for the parties have conferred in connection with their obligations under Rule 26(f) of the Federal Rules of Civil Procedure to consider the possibility of an early resolution of this matter and have voluntarily exchanged information and documents regarding Plaintiff's individual claims and Defendant's defenses.

B. Although the parties disagree about the merits of the case and whether class certification is appropriate, they presently anticipate that they may be able to reach an agreement to mediate this matter in order to avoid the expense and uncertainty of litigation. The parties are in the process of discussing the informal exchange of documents and information relating to Plaintiff's class claims, but have not yet reached a final agreement despite their diligent efforts.

C. The Scheduling Conference in this matter is currently set for December 17, 2007, with the last day to complete the Rule 26(f) conference on November 26, 2007, the Joint Scheduling Report due on December 3, 2007, and the Initial Disclosures due on December 10, 2007.

D. In order to avoid the cost and expense of fully complying with the requirements of Rule 26 and the Court's Scheduling Order if the parties can informally resolve this matter, the parties believe a brief continuance of the Scheduling Conference from December 17, 2007, to January 7, 2008, would defer the above dates by three weeks and enable the parties to reach an agreement as to the mediation, including the informal exchange of documents and information.

ACCORDINGLY, the parties hereby stipulate as follows:

1. The Scheduling Conference presently scheduled for December

17, 2007, be continued to January 7, 2008, or a date thereafter to be scheduled at the Court's convenience. January 7, 2008 already has been scheduled as the hearing date for Defendant's Motion to Dismiss and Motion to Strike in this matter.

2. The parties promptly will advise the Court if they reach an agreement to mediate this case.

Dated: November 21, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Jan E. Eakins
JAN E. EAKINS

Attorneys for Defendant
GMRI, INC. dba OLIVE GARDEN

Dated: November 21, 2007

WESTRUP KLICK, LLP

By: /s/ Phillip R. Poliner
PHILLIP R. POLINER

Attorneys for Plaintiff
DENISE ALBERTO on behalf of herself and others similarly situated

ORDER

1. The Scheduling Conference currently scheduled for December 17, 2007, is continued to **January 28, 2008, at 2:00 p.m.**

Date: November 26, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE