STEPHEN L. BERRY (SB# 101576)
stephenberry@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA  92626-1924
Telephone:  (714) 683-6200
Facsimile:  (714) 979-1921

JAN E. EAKINS (SB# 100612)
janeakins@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant
GMRI, INC. dba OLIVE GARDEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DENISE ALBERTO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GMRI, INC. dba OLIVE GARDEN,<br><br>Defendant. | CASE NO. 2:07-CV-01895-WBS-DAD<br><br>**STIPULATION RE STAY OF ACTION PENDING EARLY MEDIATION; [PROPOSED] ORDER** |

Plaintiff Denise Alberto ("Plaintiff") and Defendant GMRI, Inc. ("GMRI" or "Defendant"), acting by and through their respective counsel of record, enter into this stipulation based on the following facts:

A. Counsel for the parties have conferred in connection with their obligations under Rule 26(f) of the Federal Rules of Civil Procedure to consider the possibility of an early resolution of this matter and have voluntarily exchanged information and documents regarding Plaintiff's individual claims and Defendant's defenses.

B. Although GMRI denies the allegations and claims of Plaintiff and asserts that this case is not appropriate for class certification, GMRI is nonetheless willing to pursue an early resolution of this matter in order to avoid the expense and uncertainty of litigation.

ACCORDINGLY, the parties hereby stipulate as follows:

1. The parties agree to mediate this matter before David Rotman, who is a highly respected mediator with substantial expertise in resolving class action matters. The mediation has been scheduled for April 9, 2008, which is Mr. Rotman's first available date.

2. In order for the parties to evaluate and assess the putative class claims prior to the mediation, Defendant will provide Plaintiff with copies of the documents and information described below in paragraphs 3 and 4 for a sample of approximately 100 randomly selected servers at Olive Garden restaurants in California ("Server Sample"). The criteria for the Server Sample will be agreed upon by the parties and will include the selection of four servers, all of whom will have hire dates in 2006, from each of 28 randomly selected Olive Garden restaurants, which represent approximately one half of the Olive Garden restaurants operated in California during the relevant time period. Two of the four servers from each restaurant will be current employees and two will be former employees.

All the servers selected will have at least 3 months service and any server who holds or held a non-server position with Olive Garden will be excluded from the selected group, even if they otherwise meet the selection criteria. The sample restaurants will be selected from a list of California Olive Garden restaurants open in 2006 in numerical order by restaurant number, selecting every other location starting with the first restaurant on the list. The sample servers then will be randomly selected from a list of servers identified by employee identification number who meet the selection criteria at each sample restaurant. If no current employee who was hired in 2006 meets the required criteria at a particular restaurant, a current employee hired in 2007 will be selected from that restaurant who otherwise meets the above criteria.

3. No later than sixty (60) days from the date the Order staying this action pending mediation is entered, Defendant will provide the following documents for each server in the Server Sample: (1) clock-in/clock-out reports; and (2) available server schedules for the time periods worked by the servers in the Server Sample at the 28 restaurants. In addition, Defendant will provide documentation for the former servers indicating whether each server's employment was voluntarily or involuntarily terminated, the last day worked by the server, the termination date of the server, and the date of his/her final paycheck or cash payment.

4. No later than sixty (60) days from the date the Order staying this action pending mediation is entered, Defendant also will provide the following information to Plaintiff: (1) total number of servers employed at Olive Garden restaurants in California from August 3, 2003 to the present; (2) total number of weeks worked by this same group; and (3) total number of terminated servers from August 3, 2006 to the present.

1      5.     The action will be stayed pending the mediation and, other than the above obligations to provide documents and information, the parties shall not have any other obligations under Rule 26 or pursuant to the Court's prior Order Setting Status/Scheduling Conference dated September 13, 2007, prior to the mediation.

6.     The parties request that the Scheduling Conference currently scheduled for January 28, 2008, and the hearing on Defendant's Motions to Dismiss and to Strike set for January 7, 2008, be continued pending the mediation and rescheduled at the Court's convenience if a settlement is not reached at the mediation.

7.     The parties will report to the Court within fourteen (14) days after the mediation to advise the Court if a settlement has been reached. If the parties have not reached a settlement at that time, the Court will reschedule the Scheduling Conference and the hearing on Defendant's Motions to Dismiss and to Strike.

Dated: December __, 2007     PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/ Jan E. Eakins_____
JAN E. EAKINS

Attorneys for Defendant
GMRI, INC. dba OLIVE GARDEN

Dated: December __, 2007     WESTRUP KLICK, LLP

By: _____/s/ Phillip R. Poliner_____
PHILLIP R. POLINER

Attorneys for Plaintiff
DENISE ALBERTO on behalf of herself and others similarly situated

# ORDER

1. This case is stayed pending the completion of the mediation currently scheduled for April 9, 2008.

2. The Scheduling Conference currently scheduled for January 28, 2008 is continued to **June 16, 2008 at 2:00 p.m.**

**3.** Defendant's Motions to Dismiss and to Strike set for January 7, 2008 are hereby withdrawn without prejudice, subject to refiling if the case does not settle.

4. Within fourteen (14) days after the mediation is conducted, the parties will file a Notice of Settlement or otherwise notify the Court in writing that the case has not been settled.

DATED: December 13, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE