1  STEPHEN L. BERRY (SB# 101576)
   stephenberry@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   695 Town Center Drive
3  Seventeenth Floor
   Costa Mesa, CA  92626-1924
4  Telephone:  (714) 683-6200
   Facsimile:  (714) 979-1921
5
   JAN E. EAKINS (SB# 100612)
6  janeakins@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
7  515 South Flower Street
   Twenty-Fifth Floor
8  Los Angeles, CA  90071
   Telephone:  (213) 683-6000
9  Facsimile:  (213) 627-0705

10 Attorneys for Defendant
   GMRI, INC. dba OLIVE GARDEN
11

12                     UNITED STATES DISTRICT COURT

13             EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

14

| 15 | DENISE ALBERTO, individually and on behalf of all others similarly situated, | CASE NO. 2:07-CV-01895-WBS-DAD |
|----|---|---|
| 16 | | |
| 17 | Plaintiffs, | **JOINT REQUEST OF COUNSEL FOR PLAINTIFF AND DEFENDANT TO APPEAR TELEPHONICALLY AT HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; [~~PROPOSED~~] ORDER** |
| 18 | vs. | |
| 19 | GMRI, INC. dba OLIVE GARDEN, | |
| 20 | Defendant. | |
| 21 | | |
| 22 | | |
| 23 | | **Date:     June 23, 2008**<br>**Time:     2:00 p.m.** |
| 24 | | **Courtroom:  Hon. William B. Shubb** |
| 25 | | |

26

27

28

Pursuant to the Court's local civil law and motion rules, Counsel for Plaintiff Denise Alberto ("Plaintiff") and Defendant GMRI, Inc. ("Defendant") jointly request to appear by telephone before the Honorable William B. Shubb at the hearing on their Joint Motion for Preliminary Approval of Class Action Settlement currently scheduled on June 23, 2008 at 2:00 p.m.

Counsel for Plaintiff and Defendant jointly will telephone the Court on June 23, 2008 at 2:00 p.m. at (916) 930-4234, or as otherwise directed by the Court pursuant to its Order.

Dated:  June 16, 2008           PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                By:        /s/ Jan E. Eakins
                                           JAN E. EAKINS

                                Attorneys for Defendant
                                GMRI, INC. dba OLIVE GARDEN

Dated:  June 16, 2008           WESTRUP KLICK, LLP

                                By:        /s/ Phillip R. Poliner
                                           PHILLIP R. POLINER

                                Attorneys for Plaintiff
                                DENISE ALBERTO on behalf of herself and others similarly situated

# ORDER

1.  Counsel for Plaintiff and Defendant both may appear by telephone at the hearing on June 23, 2008 at 2:00 p.m. on the parties' Joint Motion for Preliminary Approval of Settlement.

2.  **The Court shall initiate the telephone conference call.** Therefore, <u>counsel shall immediately contact the clerk at (916) 930-4234 in order to provide telephone numbers at which they can be reached for the telephone conference</u>.

Dated: June 16, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE