STEPHEN L. BERRY (SB# 101576)
stephenberry@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA  92626-1924
Telephone:  (714) 683-6200
Facsimile:  (714) 979-1921

JAN E. EAKINS (SB# 100612)
janeakins@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant
GMRI, INC. dba OLIVE GARDEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DENISE ALBERTO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GMRI, INC. dba OLIVE GARDEN,<br><br>Defendant. | CASE NO. 2:07-CV-01895-WBS-DAD<br><br>**STIPULATION RE REVISED NOTICE TO CLASS MEMBERS AND CLAIM FORM, AND CONTINUANCE OF FINAL APPROVAL HEARING DATE OF CLASS ACTION SETTLEMENT; [~~PROPOSED~~] ORDER THEREON** |

Plaintiff Denise Alberto ("Plaintiff") and Defendant GMRI, Inc. ("GMRI" or "Defendant") (collectively, the "Parties"), acting by and through their respective counsel of record, enter into this stipulation based on the following facts:

1. As a result of the concerns expressed by the Court in its Memorandum and Order re: Preliminary Approval of Class Action Settlement filed on June 24, 2008 ("Memorandum and Order"), the Parties requested clarification regarding the class distribution formula and participated in two Status Conferences before the Court on July 7, 2008 and July 14, 2008.

2. Pursuant to the Court's Minute Order dated July 7, 2008, the Parties submitted an alternative proposed class distribution formula based on the total hours worked by the class members rather than the original proposed formula which was based on the total months worked.  On July 11, 2008, the Parties also submitted a revised Notice of Settlement of Class Action and the Class Claim Form ("Notice and Claim Form") that include this new "hours" based formula.

3. To the extent that this new formula requires different information about class members as part of the class list that is due under the original schedule on July 15, 2008, Defendant requests a two week extension to provide the required class list to the Settlement Administrator.  This continuance also will require a two week continuance of the final approval hearing.

ACCORDINGLY, the Parties hereby agree as follows:

1. The revised Notice and Claim Form that include the new "hours" based formula, attached hereto as Exhibits A and B respectively, should be approved and sent to all Class Members in lieu of the Notice and Claim Form previously approved and attached as Exhibits 1 and 2 to the Declaration of Phillip R. Poliner filed in support of the Joint Motion for Preliminary Approval of Class Action Settlement.  *See* Memorandum and Order, page 34 at lines 1-4.

LEGAL_US_W # 59453349.1         -2-         STIPULATION RE REVISED NOTICE TO CLASS MEMBERS AND CLAIM FORM, AND CONTINUANCE OF FINAL APPROVAL HEARING

1        2.     The date for Defendant to submit the revised class list to the
2  Settlement Administrator is continued by two weeks or until July 29, 2008, and all
3  other dates as set forth in the TimeLine attached as Exhibit E to the Poliner
4  Declaration are continued by two weeks as appropriate.

6        3.     The date of the final approval hearing or Final Fairness Hearing
7  is continued for two weeks from October 27, 2008, at 2:00 p.m. to November 10,
8  2008 at 2:00 p.m.  *See* Memorandum and Order, page 34 at lines 8.

Dated: July 15, 2008         PAUL, HASTINGS, JANOFSKY & WALKER LLP

                             By:        /s/ Jan E. Eakins
                                         JAN E. EAKINS

                             Attorneys for Defendant
                             GMRI, INC. dba OLIVE GARDEN

Dated: July 15, 2008         WESTRUP KLICK, LLP

                             By:        /s/Phillip R. Poliner
                                         PHILLIP R. POLINER

                             Attorneys for Plaintiff
                             DENISE ALBERTO

ORDER

1. The revised Notice and Claim Form, attached hereto as Exhibits A and B respectively, is approved and the Settlement Administrator is directed to sent Exhibits A and B to all Class Members in lieu of the Notice and Claim Form previously approved and attached as Exhibits 1 and 2 to the Declaration of Phillip R. Poliner filed in support of the Joint Motion for Preliminary Approval of Class Action Settlement.

2. The date for Defendant to submit the revised class list to the Settlement Administrator is continued by two weeks or until July 29, 2008, and all other dates as set forth in the TimeLine attached as Exhibit E to the Poliner Declaration are continued by two weeks as appropriate.

3. The date of the final approval hearing or Final Fairness Hearing is continued for two weeks from October 27, 2008, at 2:00 p.m. to November 10, 2008 at 2:00 p.m.

Date: July 15, 2008



WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE