1  STEPHEN L. BERRY (SB# 101576)
   stephenberry@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   695 Town Center Drive
3  Seventeenth Floor
   Costa Mesa, CA  92626-1924
4  Telephone:  (714) 683-6200
   Facsimile:  (714) 979-1921
5
   JAN E. EAKINS (SB# 100612)
6  janeakins@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
7  515 South Flower Street
   Twenty-Fifth Floor
8  Los Angeles, CA  90071
   Telephone:  (213) 683-6000
9  Facsimile:  (213) 627-0705

10 Attorneys for Defendant
   GMRI, INC. dba OLIVE GARDEN
11

12                       UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

14

| 15 | DENISE ALBERTO, individually and on behalf of all others similarly situated, | CASE NO. 2:07-CV-01895-WBS-DAD |
|---|---|---|
| 16 | | |
| 17 | Plaintiffs, | **JOINT REQUEST OF COUNSEL FOR PLAINTIFF AND DEFENDANT TO APPEAR TELEPHONICALLY AT HEARING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; [PROPOSED] ORDER** |
| 18 | vs. | |
| 19 | GMRI, INC. dba OLIVE GARDEN, | |
| 20 | Defendant. | |
| 21 | | |
| 22 | | |
| 23 | | **Date:  November 10, 2008**<br>**Time:   2:00 p.m.** |
| 24 | | **Courtroom: Hon. William B. Shubb** |
| 25 | | |

26
27
28

1  Pursuant to the Court's local civil law and motion rules, Counsel for Plaintiff Denise Alberto ("Plaintiff") and Defendant GMRI, Inc. ("Defendant") jointly request to appear by telephone before the Honorable William B. Shubb at the hearing on the Motion for Final Approval of Class Action Settlement currently scheduled on November 10, 2008 at 2:00 p.m.

Phillip R. Poliner, counsel for Plaintiff, will be available at (562) 432-2551 and Jan E. Eakins, counsel for Defendant, will be available at (213) 683-6356 to be contacted by the Court and appear telephonically at the hearing on November 10, 2008, at 2:00 p.m., or as otherwise directed by the Court pursuant to its Order.

Dated: October 31, 2008        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:       /s/ Jan E. Eakins
                JAN E. EAKINS

Attorneys for Defendant
GMRI, INC. dba OLIVE GARDEN

Dated: October 31, 2008        WESTRUP KLICK, LLP

By:       /s/ Phillip R. Poliner
                PHILLIP R. POLINER

Attorneys for Plaintiff
DENISE ALBERTO on behalf of herself and others similarly situated

# ORDER

1. Counsel for Plaintiff and Defendant both may appear by telephone at the hearing on November 10, 2008 at 2:00 p.m. on the Motion for Final Approval of Class Action Settlement.

2. The telephonic hearing will be initiated by the Court by contacting counsel for the parties at their respective office telephone numbers as follows:

Phillip R. Poliner, counsel for Plaintiff - (562) 432-2551

Jan E. Eakins, counsel for Defendant - (213) 683-6356

Date: November 3, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE