## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                 **JUDGMENT IN A CIVIL CASE**

**DENISE ALBERTO,**

                                        CASE NO: **2:07–CV–01895–WBS–DAD**

        v.

**GMRI, INC.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 11/12/08**

                                                  **Victoria C. Minor**
                                                  Clerk of Court

ENTERED: **November 12, 2008**

                                    by: /s/ H. Kaminski
                                               Deputy Clerk